Jardine, Stephenson, Blewett & Weaver, P.C.
Jon Kudrna
US Bank Building, Suite 700
300 Central Avenue
PO Box 2269
Great Falls, MT 59403
Attorneys for Plaintiff

## MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| JOHN D. JACKSON, | CAUSE NO. BDV-12-0589 |
|---|---|
| Plaintiff, | SUMMONS |
| vs. | JULIE MACEK |
| DIVERSIFIED CLINICAL SERVICES, INC., | |
| Defendant. CSC | |

To: Diversified Clinical Services, Inc.:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the Plaintiff or Plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

WITNESS my hand and the Seal of said Court this ____ day of _____, 2012.

Clerk of Court

K. LEE

(COURT SEAL)    By: _____
                    Deputy Clerk

EXHIBIT
B

(COURT SEAL)