

**FILED**

DEC 0 2 2013

Clerk, U.S. District Court
District Of Montana
Helena

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| JOHN D. JACKSON,<br><br>Plaintiff,<br><br>-vs-<br><br>DIVERSIFIED CLINICAL SERVICES, INC.,<br><br>Defendant. | Cause No. 12-CV-00065-SEH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation For Dismissal With Prejudice,

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party bearing the party's own costs.

Dated this 2nd day of December, 2013.

_/s/ Sam E. Haddon_
SAM E. HADDON
United States District Judge